UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NORTHWEST 15TH STREET ASSOCIATES, : | | Chapter 11 |
| : | | |
| Debtor. : | | Bky. No. 10-15129 ELF |
| : | | |
| THE PHILADELPHIA PARKING AUTHORITY, : | | |
| Plaintiff, : | | |
| v. : | | |
| NORTHWEST 15TH STREET ASSOCIATES, : | | Adv. No. 10-0328 |
| Defendant. : | | |

## O R D E R

**AND NOW**, upon consideration of the Plaintiff's Motion for Emergency Interim Relief ("the Motion") and request for an expedited hearing (Doc. # 4), the response thereto, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Motion (Doc. # 4) is **DENIED**.

2. A Pretrial Conference is **SCHEDULED on September 23, 2010, at 9:00 a.m. in Bankruptcy Courtroom No. 1.**

3. **On or before September 22, 2010, at 3:00 p.m.**, the parties shall file either a proposed Joint Pretrial Order or separate Proposed Pretrial Management Statements.

4. If the parties cannot agree on a proposed Joint Pretrial Order, each party shall file a Pretrial Management Statement **on or before September 22, 2010**. Each Pretrial Management Statement shall include:

     a. a suggested discovery plan,

     b. suggested deadlines for all other pertinent pretrial matters,

     c. a suggested trial date for the commencement of trial,

     d. an estimate for the length of the trial and

     e. a statement regarding any other pretrial issues not otherwise addressed above.

Date: September 17, 2010

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**